B6F (Official Form 6F) (12/07)

IN RE **Mattiucci, Catherine** _____    Case No. **2:14-bk-17234** _____
             Debtor(s)                                                           (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1348** <br> **Chase Cardmember Services** <br> **Po Box 15298** <br> **Wilmington, DE  19850** | | | | | | | **7,679.00** |
| ACCOUNT NO. <br> **Diamlink Inc.** <br> **500 Fashion Ave, Fl 12B** <br> **New York, NY  10018-0824** | | | **Plaintiff in Diamlink, Inc. v. EZ Docs, Inc., Anthony Grimaldi, Steven Hernandez and Catherine Mattiucci** | X | X | X | **unknown** |
| ACCOUNT NO. <br> **South Asian YouthAction** <br> **54-05 Seabury St** <br> **Elmhurst, NY  11373** | | | **Third Party Plaintiff(s) litigation against EZ Docs Inc., and Divinium Technologies, Inc., Anthony Grimaldi, and Cathy Mattiucci as Third-Party Defendants** | X | X | X | **unknown** |
| ACCOUNT NO. <br> **Union Square Capital Corp** <br> **295 Madison Ave Ste 1700** <br> **New York, NY  10017** | | | **Plaintiff in Union Square Capital Corp. v. Divinium Technologies, Inc., Marlin Leasing Corp. a/ka/a Marlin Business Bank, Anthony Grimaldi, Cahtereine Mattiucci, Michael Cipolla and Sharp-EZ Docs.** | X | X | X | **unknown** |

___**1**___ continuation sheets attached

Subtotal (Total of this page)  $ **7,679.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Mattiucci, Catherine** _____    Case No. **2:14-bk-17234** _____
                      Debtor(s)                                                                        (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Unknown Potential Creditors** | | | **Unknown potential lawsuits by Potential Creditors who may assert claims against the Debtor as a result of a result of her association with EZ Docs. To be addressed for notice purposes by way of subsequent Motion.** | X | X | X | **unknown** |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. **1** of **1** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ **7,679.00**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only