| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-2(c) | |
| James A. Kridel, Esq. 222245264<br>The Kridel Law Group<br>1035 46 East, Suite B-204<br>Clifton, New Jeresey 07103<br>(973)470-0800<br>Attormey for Debtor(s) | |

Order Filed on January 21, 2015
by Clerk
U.S. Bankruptcy
Court District of New Jersey

In Re:

Catherine Mattiucci

Debtor.

Case No.: 14-17234-NLW

Adv. No.: _____

Hearing Date: February 23, 2015

Judge: Novalyn L. Winfield

## ORDER SHORTENING TIME PERIOD
## FOR NOTICE AND SETTING HEARING

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: January 21, 2015**

*/s/ Novalyn L. Winfield*
Honorable Novalyn L. Winfield
United States Bankruptcy Judge

Upon consideration of the application of _____Catherine Mattiucci_____ for notice under Fed. R. Bankr. P. 9006(c)(1), and for cause shown, it is

ORDERED as follows:

1. The time period required by Local Bankruptcy Rule 9013-1 or Fed. R. Bankr. P. 2002 or other rule for notice of hearing on _____February 23, 2015_____ is hereby shortened as set forth herein.

2. Hearing shall be conducted on the aforesaid motion/application on __February 2,_____, 20__14__ at __10:00__ a.m. in the United States Bankruptcy Court __50 Walnut Street, Newark, NJ  3rd Floor_____, Courtroom No. __3D____.

3. True copies of this order, the application for it, and the moving papers shall be served upon __secured creditors and Chapter 13 Trustee_____ by:

- ☐ fax,
- ☐ email,
- ☒ regular mail,
- ☐ overnight mail,
- ☐ hand delivery,

and within

- ☒ __1__ day(s) of the date hereof, or
- ☐ on the same date as the order.

4. Immediate telephone notice of entry of this order shall also be given to said parties.

5. Any objections to said motion/application:

    ☒ shall be filed and served so as to be received no later than _____

    ❏ may be presented at the hearing.

6.   ❏ Court appearances will be required to prosecute said motion/application and any objections. `Appearances may be made by CourtCall.`

    ❏ Any objector may appear by telephone at the hearing.

    ❏ The hearing will be held by telephone conference call, to be arranged by the applicant.

*rev.6/1/06.jml*